UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK JAMAL KEARNEY, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-39 |
| § | |
| GARY L CURRIE, *et al*, § § | |
| Defendants. § | |

## ORDER ON MOTION FOR A STAY

Pending is Defendants' motion for entry of a stay in this case in order to give the Texas Department of Criminal Justice (TDCJ) and its Director, William Stephens, an opportunity to revise TDCJ's grooming policies. (D.E. 33).[1] The Court is willing to grant a temporary stay of the proceedings in order to give TDCJ an opportunity to revise its grooming regulations, and further to await the outcome of the *Ali* appeal to the Fifth Circuit Court of Appeals. *See Ali v. Stephens*, No. 9:09-cv-52 (E.D. Tex. Sept. 26, 2014), *appeal docketed*, No. 14-41165 (5th Cir. Oct. 21, 2014).

Any stay will be conditioned upon TDCJ and Director Stephens voluntarily permitting the Plaintiff in this case to wear up to a one-half inch beard while the case is stayed. *Holt v. Hobbs*, 135 S. Ct. 853 (Jan. 20, 2015).

Defendants are ordered to file a statement, within ten days of the date of this Order, indicating whether TDCJ and Director Stephens will voluntarily permit Plaintiff to wear a one-half inch beard while the case is stayed.

---

[1] Defendants filed their motion before the decision in *Holt v. Hobbs*, 135 S. Ct. 853 (Jan. 20, 2015). However, based on the decision in *Holt*, counsel for Defendants in related cases have uniformly moved for a stay pending the revision of TDCJ's grooming policies. The Court considers that to be the request in the instant case.

ORDERED this 11th day of February, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE